**Jaswinder SINGH, Petitioner**

v.

**Alberto R. GONZALES, U.S. Attorney General, Respondent.**

**No. 05–61075**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 14, 2006.

Vinay R. Chari, San Francisco, CA, for Petitioner.

Thomas Ward Hussey, Director U.S. Department of Justice Office of Immigration Litigation, Karen G. Gregory, Alberto R. Gonzales, Washington, DC, E M Trominski, District Director, U.S. Immigration & Naturalization Service District Directors Office, Harlingen, TX, Caryl G. Thompson, U.S. Immigration & Naturalization Service District Directors Office, New Orleans, LA, for Respondent.

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM: *

Jaswinder Singh has filed a petition for review of a final order of the Board of Immigration Appeals (BIA) affirming the denial of his motion to reopen his removal proceeding. Singh was ordered removed in absentia when he failed to appear for his removal hearing.

Singh argues that the BIA abused its discretion in denying his motion to reopen. Singh argues that the BIA erred in its factual finding that he understood the significance of the Notification Requirement Change of Address form. We have reviewed the record and the briefs submitted by the parties and have determined, in view of the substantial evidence, that Singh knowingly provided his address to the immigration court at the time of his release on bond. The BIA did not abuse its discretion in denying his motion to reopen. *See Lopez–Gomez v. Ashcroft,* 263 F.3d 442, 444 (5th Cir.2001). Accordingly, Singh's petition for review is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.